**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 187 WAL 2021

                Respondent          :

                                  :    Petition for Allowance of Appeal

                v.                   :    from the Order of the Superior Court

SHAWN CARR,                       :

                 Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.